## Baltimore & Ohio R. R. Co., Plff. in Err., *v.* George A. Jackson et al.

Ticket agent and his bondsmen held not liable for money stolen from ticket office.

(Decided January 4, 1886.)

Error to the Court of Common Pleas, No. 1, of Allegheny County. Affirmed.

*Johns McCleave* for plaintiff in error.

*A. M. Brown* and *S. Harvey Thompson* for defendants in error.

PER CURIAM:

The only ground on which these defendants could be held liable was the alleged negligence of Jackson.

The jury found, and on most ample evidence, that he was not guilty of negligence. His integrity in the transaction is unquestioned. No cause is shown why he should be held liable for the loss of the money.

Judgment affirmed.